It is ordered and adjudged that this appeal as of right be, and the same hereby is, dismissed for the reason that the notice of appeal was not filed within the sixty-day period prescribed by Section 547, General Code.
 
 City of Dayton
 
 v.
 
 Public Utilities Commission,
 
 111 Ohio St., 476, 145 N. E., 849;
 
 Conway, Jr., et al., Recrs.,
 
 v.
 
 Public Utilities Commission,
 
 133 Ohio St. 530, 14 N. E. (2d), 929;
 
 Finfrock v. Public Utilities Commission,
 
 154 Ohio St., 21.
 

 Appeal dismissed.
 

 'Weygandt, C. J., Matthias, Hart, Stewart, Taft and Faught, JJ., concur.